OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS**
**STATE OF TEXAS**
**PENALTY FOR**
**PRIVATE USE**



02 1R
0002003152
MAILED FROM ZIP CODE 78701

$ 00.26⁵
JAN 15 2015

**1/14/2015**
**FARRIS, JULIUS**          Tr. Ct. No. 21070-A          **WR-47,014-02**

This is to advise that the Court has denied without written order the application for writ of habeas corpus on the findings of the trial court without a hearing.

Abel Acosta, Clerk

JULIUS FARRIS
SEGOVIA UNIT - TDC # 579506
1201 E. CIBOLO RD.
EDINBURG, TX 78539